UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOSEPH MARVIN FEAGLE, II,
a minor under the age of 18, by his
natural mother and guardian,
KAREN D. FEAGLE

      Plaintiff,

v.

      Case No.

EGS FINANCIAL CARE, INC.
f/k/a NCO FINANCIAL SYSTEMS,
INC., a Pennsylvania Corporation,

      Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, EGS Financial Care, Inc., f/k/a NCO Financial Systems, Inc., ("EGS") through counsel, files this notice of removal of this action from the Magistrate Court of Dekalb County, State of Georgia, to the U.S. District Court for the Northern District of Georgia, and respectfully states as follows:

1.    EGS is a defendant in this civil action filed by plaintiff, Joseph Marvin Feagle, II, a minor under the age of 18, by his natural mother and guardian, Karen D. Feagle ("plaintiff"), in the Magistrate Court of Dekalb County, State of Georgia titled *Joseph Marvin Feagle, II, a minor under the age of 18, by his*

*natural mother and guardian, Karen D. Feagle v. EGS Financial Care, f/k/a NCO Financial Systems, Inc.,* Case # 16M61451 (hereinafter the "State Court Action").

2. The defendant removes this case pursuant to 28 U.S.C. § 1441, as plaintiff's Complaint purports to allege causes of action against the defendant that arise under federal law, including the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq*.

3. Pursuant to 28 U.S.C. § 1446(b), defendant has timely filed this Notice of Removal. EGS was served with plaintiff's Complaint on April 19, 2016. This Removal is filed within 30 days of service of the Complaint by EGS.

4. Attached hereto and incorporated by reference as part of the Notice of Removal are true and correct copies of the Civil Cover Sheet, Complaint and process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

6. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Magistrate Court of Dekalb County, State of Georgia.

WHEREFORE, Defendant, EGS Financial Care, Inc., f/k/a NCO Financial Systems, Inc., hereby removes to this Court the State Court Action.

Respectfully submitted,

<u>/s/ Wendi E. Fassbender</u>
Wendi E. Fassbender, Esq.
GA Bar No. 179133
Sessions, Fishman, Nathan & Israel, L.L.C.
14 Coopers Glen Drive, SW
Mableton, GA 30126-2584
Telephone: (678) 209-7492
Facsimile: (877) 480-5639
E-mail: wfassbender@sessions-law.biz

Attorneys for
EGS Financial Care, Inc.,
f/k/a NCO Financial Systems, Inc.,

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of May 2016, a copy of the foregoing was filed via the court electronic system. A true and correct copy of the foregoing was sent via email to plaintiff's counsel as described below.

Cliff R. Dorsen, Esq.
Skaar & Feagle, LLP
2374 Main Street, Suite B
Tucker, GA 30084
cdorsen@skaarandfeagle.com

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

/s/ Wendi E. Fassbender
Wendi E. Fassbender, Esq.

Attorneys for
EGS Financial Care, Inc.,
f/k/a NCO Financial Systems, Inc.