# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JOSEPH MARVIN FEAGLE, II,
a minor under the age of 18, by his
natural mother and guardian,
KAREN D. FEAGLE,

       Plaintiff,

Case No. 1:16-cv-01597-RWS

v.

EGS FINANCIAL CARE, INC.
f/k/a NCO FINANCIAL SYSTEMS, INC.,
a Pennsylvania Corporation,

       Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, EGS Financial Care, Inc., f/k/a NCO Financial Systems, Inc., (EGS) by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: July 20, 2016

Respectfully submitted,

/s/ Wendi E. Fassbender
Wendi E. Fassbender, Esq.
GA Bar No. 179133
Sessions, Fishman, Nathan & Israel, L.L.C.
14 Coopers Glen Drive, SW
Mableton, GA 30126-2584
Telephone: (678) 209-7492
Facsimile: (877) 480-5639
E-mail: wfassbender@sessions.legal

Attorneys for Defendant,
EGS Financial Care, Inc.
f/k/a NCO Financial Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July 2016, a true and correct copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including:

Justin T. Holcombe, Esq.<br>
Skaar & Feagle, LLP-Woodstock<br>
133 Mirramont Lake Drive<br>
Woodstock, GA 30189<br>
jholcombe@skaarandfeagle.com

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

/s/ Wendi E. Fassbender1
Wendi E. Fassbender, Esq.

Attorneys for Defendant,
EGS Financial Care, Inc.
f/k/a NCO Financial Systems, Inc.