IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH MARVIN FEAGLE, II, a minor under the age of 18, by his natural mother and guardian, KAREN D. FEAGLE,<br><br>    Plaintiff,<br><br>v.<br><br>EGS FINANCIAL CARE, INC., f/k/a NCO FINANCIAL SYSTEMS, INC.,  a Pennsylvania Corporation,<br><br>    Defendant. | Civil Action File No.<br><br>1:16-CV-01597-RWS |

## JOINT STIPULATION OF DISMISSAL OF PREJUDICE

COMES NOW, Plaintiff Joseph Marvin Feagle, II, a minor under the age of 18, by his natural mother and guardian, Karen D. Feagle and by counsel, and Defendant EGS Financial Care, Inc. f/k/a NCO Financial Systems, Inc., by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A), and stipulates that the above-captioned civil action be dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

Respectfully submitted,

<table>
<tr><td>/s/ Cliff R. Dorsen<br>Cliff R. Dorsen, Esq.<br>Georgia Bar No. 149254<br>Skaar & Feagle, LLP<br>2374 Main Street, Suite B<br>Tucker, GA 30084<br>Telephone: (404) 373-1970<br>Facsimile: (404) 601-1855<br>cdorsen@skaarandfeagle.com<br>*Attorney for Plaintiff*<br>*Joseph Marvin Feagle*</td><td>/s/ Wendi E. Fassbender<br>Wendi E. Fassbender, Esq.<br>Georgia Bar No. 179133<br>Sessions, Fishman, Nathan & Israel, L.L.C.<br>14 Coopers Glen Drive, SW<br>Mableton, GA 30126-2584<br>Telephone: (678) 209-7492<br>Facsimile: (877) 480-5639<br>wfassbender@sessions.legal<br>*Attorney for Defendant*<br>*EGS Financial Care, Inc. f/k/a NCO*<br>*Financial Systems, Inc.*</td></tr>
</table>

## CERTIFICATE OF COMPLIANCE WITH LR 5.1B & 7.1D, NDGa.

Pursuant to LR 7.1D, NDGa., I certify that this document has been prepared with one of the font and point selections approved by the court in LR 5.1B, to wit:

[x] Times New Roman, 14 point; or

[ ] Courier New, 12 point.

## CERTIFICATE OF SERVICE

I certify that I have this day filed the within and foregoing JOINT STIPULATION OF DISMISSAL OF PREJUDICE using the CM/ECF system which shall contemporaneously serve all counsel of record pursuant to Fed. R. Civ. P. 5(b)(2)(E) and 5(b)(3).

SKAAR & FEAGLE, LLP

By:   /s/ Cliff R. Dorsen
Cliff R. Dorsen
Georgia Bar No. 149254
cdorsen@skaarandfeagle.com
2374 Main Street, Suite B
Tucker, GA 30084
Telephone:  (404) 373-1970
Facsimile:   (404) 601-1855